Privileged Settlement Communication                                                      Subject to  Revision / Correction

| Plaintiff | Pay Period From | To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT | Liq. Damages on Wages & OT | Unpaid Spread of Hours (SOH) Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gregorio Romero | 1/15/2012 | 12/30/2013 | 102 | 59.5 | 5 | $ 8.40 | $ 12.61 | $ 7.25 | $ 10.88 | $ 581.93 | $ 500.00 | $ 81.93 | $ 8,357.14 | $ 8,357.14 | $ 3,697.50 |
| | 12/31/2013 | 1/31/2014 | 4 | 59.5 | 5 | $ 8.40 | $ 12.61 | $ 8.00 | $ 12.00 | $ 581.93 | $ 500.00 | $ 81.93 | $ 327.73 | $ 327.73 | $ 160.00 |
| | 2/1/2014 | 12/30/2014 | 47 | 59.5 | 5 | $ 8.40 | $ 12.61 | $ 8.00 | $ 12.00 | $ 581.93 | $ 500.00 | $ 81.93 | $ 3,850.84 | $ 3,850.84 | $ 1,880.00 |
| | 12/31/2014 | 2/27/2015 | 8 | 59.5 | 5 | $ 8.40 | $ 12.61 | $ 8.75 | $ 13.13 | $ 605.94 | $ 500.00 | $ 105.94 | $ 847.50 | $ 847.50 | $ 350.00 |
| | 2/28/2015 | 12/30/2015 | 44 | 59.5 | 5 | $ 8.40 | $ 12.61 | $ 8.75 | $ 13.13 | $ 605.94 | $ 500.00 | $ 105.94 | $ 4,661.25 | $ 4,661.25 | $ 1,925.00 |
| | 12/31/2015 | 12/30/2016 | 52 | 59.5 | 5 | $ 8.40 | $ 12.61 | $ 9.00 | $ 13.50 | $ 623.25 | $ 500.00 | $ 123.25 | $ 6,409.00 | $ 6,409.00 | $ 2,340.00 |
| | 12/31/2016 | 1/24/2017 | 3 | 59.5 | 5 | $ 8.40 | $ 12.61 | $ 11.00 | $ 16.50 | $ 761.75 | $ 500.00 | $ 261.75 | $ 785.25 | $ 785.25 | $ 165.00 |
| | | | | | | | | | | | | | $ 25,238.71 | $ 25,238.71 | $ 10,517.50 |
| | | | | | | | | | | | | TOTAL: | $ 25,238.71 | $ 25,238.71 | $ 10,517.50 |

1 This chart is based upon preliminary information and the expected testimony of Plaintiffs.
2 Plaintiffs reserve the right to correct or amend this chart.
3 This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL.

1 of 2

Privileged Settlement Communication

Subject to  Revision / Correction



| Plaintiff | Pay Period | |
|---|---|---|
| | From | To |
| **Gregorio Romero** | 1/15/2012 | 12/30/2013 |
| | 12/31/2013 | 1/31/2014 |
| | 2/1/2014 | 12/30/2014 |
| | 12/31/2014 | 2/27/2015 |
| | 2/28/2015 | 12/30/2015 |
| | 12/31/2015 | 12/30/2016 |
| | 12/31/2016 | 1/24/2017 |