# *Michael Faillace & Associates, P.C.*

60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Gregorio Romero                                                        September 10, 2019

|  |  |
|---|---|
| File #: | GoldmontReal |
| Inv #: | Sample |

**Attention:**

**RE:**    Romero et al v. Goldmont Realty Corp. et al; EDNY 1:17-cv-00545

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-26-17 | meeting with client and got the facts for the case | 1.70 | 765.00 | MF |
| Jan-30-17 | reviewed and corrected complaint; discussed case with PL | 0.30 | 135.00 | MF |
|  | meeting with client and responded to all his questions about the case | 0.80 | 360.00 | MF |
|  | contacted landlord tenant attorney and discussed case with him; reviewed complaint and made corrections | 1.50 | 675.00 | MF |
| Jan-31-17 | reviewed complaint with PL and added facts to the alternative claims | 0.90 | 405.00 | MF |
| Feb-20-17 | reviewed letter sent by defendant to client | 0.10 | 45.00 | MF |
|  | reviewed notice letter with HA; discussed case with HA | 1.30 | 585.00 | MF |
| Mar-02-17 | meeting with client and GE; discussed case with them | 2.50 | 1,125.00 | MF |
|  | attorney GE discussed case with MF and meeting with client | 2.50 | 937.50 | YR. |
| Apr-04-17 | discussed case with GE | 0.10 | 45.00 | MF |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| | attorney GE discussed case with MF | 0.10 | 37.50 | YR. |
| Apr-11-17 | discussed case with MS | 0.20 | 90.00 | MF |
| | attorney MS discussed case with MF | 0.20 | 70.00 | YR. |
| Aug-07-17 | discussed results of EEOC mediation | 0.10 | 45.00 | MF |
| Aug-14-17 | discussed status of case with staff | 0.10 | 45.00 | MF |
| Oct-02-17 | discussed case with SC | 0.50 | 225.00 | MF |
| | attorneySC discussed case with MF | 0.50 | 187.50 | YR. |
| Nov-07-17 | discussed case with SC | 0.50 | 225.00 | MF |
| | attorneySC discussed case with MF | 0.50 | 187.50 | YR. |
| Jan-25-19 | discussed facts of case with SH | 0.20 | 90.00 | MF |
| Jan-28-19 | attended settlement conference with Issue SCand client | 3.90 | 1,755.00 | MF |
| | attorneySC attended settlement conference with MF and client | 3.90 | 1,462.50 | YR. |
| Jan-29-19 | discussed case with SC | 0.30 | 135.00 | MF |
| | attorneySC discussed case with MF | 0.10 | 37.50 | DT |
| Feb-11-19 | discussed case with opposing counsel; contacted client and discussed case with him | 0.90 | 405.00 | MF |
| Feb-22-19 | discussed case with SC | 0.10 | 45.00 | MF |
| Apr-04-19 | participated in settlement conference with the client | 1.40 | 630.00 | MF |
| Apr-30-19 | discussed case with DT | 0.10 | 45.00 | MF |
| May-31-19 | discussed terms of settlement agreement with DT | 0.10 | 45.00 | MF |
| Jun-20-19 | discussed case with DT | 0.20 | 90.00 | MF |

Invoice #:     Sample                    Page    3                    September 10, 2019

|  |  |  |  |  |
|---|---|---|---|---|
|  | discussed case with MF | 0.10 | 35.00 | DT |
| Jun-24-19 | discussed case with DT | 0.20 | 90.00 | MF |
|  | discussed case with MF | 0.10 | 35.00 | DT |
| Jul-01-19 | discussed case with DT | 0.10 | 45.00 | MF |
|  | discussed case with MF | 0.10 | 35.00 | DT |
| Jul-11-19 | discussed case with DT | 0.30 | 135.00 | MF |
|  | discussed case with MF | 0.30 | 105.00 | DT |
| Jul-19-19 | discussed terms of settlement with DT | 0.10 | 45.00 | MF |
|  | discussed case with MF | 0.10 | 35.00 | DT |
| Jul-23-19 | discussed case with DT | 0.10 | 45.00 | MF |
|  | discussed case with MF | 0.10 | 35.00 | DT |
| Aug-15-19 | discussed opposing counsel's latest offer with DT | 0.10 | 45.00 | MF |
|  | Speak with opposing counsel and revise agreement. Speak with MF. | 1.30 | 455.00 | DT |
| Sep-04-19 | Call oppoisng counsel. | 0.10 | 35.00 | DT |
| Sep-06-19 | contacted opposing counsel | 0.10 | 45.00 | MF |
|  | Prepare Fairness letter. | 0.70 | 245.00 | DT |
|  | Totals | 29.50 | $12,395.00 |  |

**DISBURSEMENTS**

|  |  |  |
|---|---|---|
|  | Filing Fee | 400.00 |
| Mar-04-17 | Process Server Goldmont Realty Corp | 65.00 |
|  | Process Server Johnathan Samet | 50.00 |
|  | Process Server Kenny Cesjani | 50.00 |
|  | Process Server Leon Goldenberg | 50.00 |
|  | Process Server Sam Brown | 50.00 |

| | | |
|---|---|---|
| Mar-09-17 | Process Server 612 Ocean Avenue Partners LLC | 65.00 |
| | Totals | $730.00 |

**Total Fee & Disbursements**            **$13,125.00**

**Balance Now Due**            **$13,125.00**